UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDIE EVANS, | Case No.  1:26-cv-03564-HBK |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | JULY 8, 2026 DEADLINE |
| SWAREZ, LVN-RN, et al., | |
| Defendants. | |

This matter is before the Court on initial review following transfer from the United States District Court for the Northern District of California on May 8, 2026.  (Doc. 10).  A review of the Plaintiff's complaint shows that she has a virtually identical action, asserting the same claims against the same defendants, that was transferred by the Northen District on May 4, 2026, and is also pending in this Court as Case No. 1:26-cv-03450-BAM.  Plaintiff may not proceed with two identical actions in this Court.

Accordingly, it is ORDERED:

1. No later than July 8, 2026, Plaintiff shall show cause in writing why this action should not be dismissed as duplicative of her other action, Case No. 1:26-cv-03450-BAM.

2. In the alternative, Plaintiff may move to voluntarily dismiss this action under Federal Rule of Civil Procedure 41(a).  If she does, the Court will vacate its May 13, 2026 order granting *in forma pauperis* status and assessing the $350.00 filing fee, and will

direct the California Department of Corrections and Rehabilitations to remove the $350.00 PLRA lien placed against Plaintiff's inmate trust fund account in this case.

Dated:    June 9, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE