UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDIE EVANS,<br>Plaintiff,<br>v.<br>SWAREZ, LVN-RN, et al.,<br>Defendant. | Case No. 1:26-cv-03564-HBK (PC)<br>ORDER DIRECTING PLAINTIFF TO CLARIFY RESPONSE TO SHOW CAUSE ORDER<br>AUGUST 17, 2026 DEADLINE |

Plaintiff Mindie Evans is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. On June 9, 2026, the Court ordered Plaintiff to show cause in writing why this action should not be dismissed as duplicative of her other action, Case No. 1:26-cv-03450-BAM, which asserts the same claims against the same defendants. (Doc. 15). In the alternative, the Court explained that Plaintiff may seek a voluntary dismissal this action under Federal Rule of Civil Procedure 41(a). If Plaintiff does so, the Court will vacate its May 13, 2026 order granting *in forma pauperis* status, remove the $350.00 PLRA filing fee obligation, and direct the California Department of Corrections and Rehabilitations to remove the $350.00 lien placed on Plaintiff's inmate trust fund account. (*Id.*).

On June 25, 2026, Plaintiff responded, stating that she does not wish to have duplicate actions against Defendant Swarez or any other defendants. (Doc. 17). Plaintiff's response does not clearly state whether she is opposing dismissal or voluntarily dismissing this case. The Court

will give Plaintiff one final opportunity to clarify her position. By August 17, 2026, Plaintiff must do one of the following: (1) file a "Response to Show Cause," explaining why this action should not be dismissed as duplicative; or (2) file a "Notice of Voluntary Dismissal Under Rule 41(a)(1)," stating she wishes to voluntarily dismiss this action.

Accordingly, IT IS ORDERED:

1. No later than August 17, 2026, Plaintiff shall deliver to correctional officials for mailing either: (1) a "Response to Show Cause," or (2) a "Notice of Voluntary Dismissal Under Rule 41(a)(1)."
2. If Plaintiff fails to comply with this Order or seek an extension, the court will recommend this action be dismissed as duplicative.

Dated: July 16, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE